AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

ALICIA R. HOY,

_____ )
                           *Plaintiff*                           )
                                                                       )
v.                                                                 )        Civil Action No.   2:15-CV-169-JTR
CAROLYN W. COLVIN,                                    )
Commissioner of Social Security,                     )
                                                                       )
_____ )
                           *Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

✔ other:   Defendant's Motion for Summary Judgment (ECF No. 15) is granted.
            Plaintiff's Motion for Summary Judgment (ECF No. 14) is denied.
            Judgment is entered for Defendant.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision
was reached.

✔ decided by Judge   John T. Rodgers _____ on a motion for
   summary judgment.

Date:  May 12, 2016 _____                   *CLERK OF COURT*

                                                                   SEAN F. McAVOY
                                                                   _____

                                                                   s/ Karen White
                                                                   _____
                                                                                        *(By) Deputy Clerk*

                                                                   Karen White
                                                                   _____